**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDILBERTO LUMALU, BRIAN DIETZ, BRENDA DIETZ, CANDICE McDONALD, AS INDIVIDUALS AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>          Plaintiffs,<br><br>    v.<br><br>M.D.C. HOLDINGS, INC. (d/b/a "RICHMOND AMERICAN"); RICHMOND AMERICAN HOMES OF CALIFORNIA, INC; HOMEAMERICAN MORTGAGE CORPORATION; AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>          Defendants. | Case No. EDCV 09-01669 VAP(OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

Dated: <u>March 31, 2010</u>

                                       /s/ Virginia A. Phillips
                                       VIRGINIA A. PHILLIPS
                                       United States District Judge