**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES F. DODARO, as an individual and on behalf of all other similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>STANDARD PACIFIC CORP., et al.,<br><br>        Defendants. | Case Nos. EDCV 09-01666-VAP (DTBx); EDCV 09-01668-VAP (DTBx); ***EDCV 09-01669-VAP*** (DTBx); EDCV 09-01670-VAP (DTBx); EDCV 09-01671-VAP (DTBx); EDCV 09-01672-VAP (DTBx); EDCV 09-01673-VAP (DTBx); EDCV 09-01674-VAP (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Second Amended Complaints are DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: March 26, 2012

                                    */s/ Virginia A. Phillips*
                                    VIRGINIA A. PHILLIPS
                                  United States District Judge